## CITY OF BARTLESVILLE *et al.* v. BUCY.

No. 5431.    Opinion Filed January 13, 1914.

Rehearing Denied March 10, 1914.

(139 Pac. 277.)

**PAVING ASSESSMENT—Former Opinion Followed.** Reversed on authority of **City of Bartlesville et al. v. Holm et al., post,** 139 Pac. 273.

(Syllabus by the Court.)

*Error from District Court, Washington County;*
*R. H. Hudson, Judge.*

Suit in equity by P. L. Bucy against the City of Bartlesville and others to enjoin collection of special assessment. Judgment for plaintiff, and defendants bring error. Reversed and remanded, with directions.

*M. D. Libby,* for plaintiffs in error.

*S. G. Magee,* for defendant in error.

KANE, J.    The facts and the relief prayed for and granted in the above-styled cause in the court below are identical with *City of Bartlesville et al. v. Holm et al., post,* 139 Pac. 273. The causes were consolidated in the court below, and there is a stipulation to the effect that the decision in this cause shall follow the decision in the cause just cited. Upon the authority of that case, the judgment of the court below in the instant case is reversed, and the cause remanded, with directions to proceed in conformity with the views expressed by this court in the *City of Bartlesville et al. v. Holm et al., supra.*

All the Justices concur.